United States Courts
Southern District of Texas
FILED

JUN 14 2018

David J. Bradley, Clerk of Court

Civil Action No. 3:18-CV-00150

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gawk Inc.
was received by me on *(date)* 05/16/2018 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Macie Tuell of VCorp Services, LLC , who is
designated by law to accept service of process on behalf of *(name of organization)* Gawk Inc.
on *(date)* 05/22/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/11/2018

*Server's signature*

Cindy Shields
*Printed name and title*

16822 Stardale Lane
Frienswood, Texas 77546

*Server's address*

Additional information regarding attempted service, etc:
Gawk Inc. was also served by serving the summons and complaint on the designated registered agent Scott Kettle at Gawk's corporate headquarters at 5300 Melrose Avenue, Suite 42, Los Angeles, California 90038 on 05/25/2018. The summons and complaint was signed for by an employee of Gawk Inc. by the name of Ruben Zarate who also signed for the summons and complaint on Scott Kettle. The signed green card is attached herewith.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Ruben Zarate* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>X *Ruben Zarate*   X 5-25-18 |
| Article Addressed to:<br>GAWK INC.<br>C/O SCOTT KETTLE<br>5300 MELROSE AVE, SUITE 42<br>LOS ANGELES CA 90038 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 2242 6193 2603 40

Article Number (Transfer from service label)
7016 0910 0001 6813 1040

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☒ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Return Receipt for Merchandise |
| ☐ Collect on Delivery | |
| ☐ Collect on Delivery Restricted Delivery | ☒ Signature Confirmation™ |
| ☐ Insured Mail | ☐ Signature Confirmation Restricted Delivery |
| ☐ Insured Mail Restricted Delivery (over $500) | |

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

USPS TRACKING #

9590 9402 2242 6193 2603 40

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

CINDY SHIELDS
16822 STARDALE LN
FRIENDSWOOD TX 77546

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Macie Tuell  C. Date of Delivery X 5-22 |
| Article Addressed to:<br>VCORP SERVICES LLC<br>701 SOUTH CARSON STREET<br>SUITE 200<br>CARSON CITY, NEVADA 89701 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖ barcode ‖‖‖‖‖‖<br>9590 9402 2242 6193 1786 38 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| Article Number (Transfer from service label)<br>7016 0910 0001 6813 1071 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

---

USPS TRACKING #

9590 9402 2242 6193 1786 38

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

CINDY SHIELDS
16822 STARDALE LN
FRIENDSWOOD, TX 77546