United States Courts
Southern District of Texas
FILED
AUG 23 2018
David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE SHIELDS | ) |
| Plaintiff | ) |
| vs. | ) CIVIL ACTION No. 3:18-CV-00150 |
| GAWK INC., SCOTT KETTLE INDIVIDUALLY AND KENNEDY WEAVER INDIVIDUALLY | ) |
| Defendants | ) |

PLAINTIFFS MOTION FOR DEFAULT JUDGMENT

Comes now Plaintiff Joe Shields pursuant to FRCP §55(b)2 and respectfully requests that this court grant Plaintiff's Motion for Default Judgment.

Plaintiff filed the complaint on May 16th, 2018.

The Defendants were properly served with Plaintiff's complaint by serving the Defendant Gawk Inc. on May 22nd, 2018 and May 25th, 2018, on the Defendant Scott Kettle on May 22nd, 2018 and on Kennedy Weaver on May 17th, 2018 all via certified mail return receipt requested.

The Defendants Gawk Inc., Scott Kettle and Kennedy Weaver having failed to plead or otherwise defend in the action before the Court.

None of the Defendants are minors or incompetent.

None of the Defendants are currently an active member of any military branch of the United States Armed Forces.

Plaintiff has requested Entry of Default with the Clerk of the Court.

Defendants made prerecorded voice calls to Plaintiff and Plaintiff's spouse's cell phone numbers which constitutes violations of 47 U.S.C. §227(b)(1)(A)(iii), 47 CFR §64.1200(a)(1)(iii) and TB&CC §305.053.

Defendants made telemarketing calls to Plaintiff and Plaintiff's spouse's cell phone numbers that are and were on the national do-not-call list which constitutes violations of 47 U.S.C. §227(c)(3)(F), 47 C.F.R. §64.1200(c)(2) and TB&CC §305.053.

Plaintiff's claim is based on statutory damages provided for by the TCPA and TB&CC. Both statutes provide separate and distinguishable damages of $500.00 for each violation of the TCPA and treble that amount for willful and knowing violations.

Under the TCPA and TB&CC, the Defendants, by making prerecorded and telemarketing calls, are indebted to the Plaintiff in the sum of $4,000.00 that sum trebled to $12,000.00 for willful and knowing behavior, plus interest thereon.

Additionally, under the TCPA and TB&CC, Plaintiff is entitled to and requests injunctive relief as a matter of law.

Plaintiff Joe Shields respectfully requests judgment for the Plaintiff against the Defendants for the sum of $12,000.00.

Plaintiff Joe Shields respectfully requests an injunction against the Defendants prohibiting the Defendants from engaging in similar behavior in the future.

Respectfully submitted,

*[signature]*

Joe Shields
Plaintiff Pro Per
16822 Stardale Lane
Friendswood, Texas 77546
Home: 281-482-7603