Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

Division

United States Courts
Southern District of Texas
FILED

SEP - 0 2018

David J. Bradley, Clerk of Court

|  |  |
|---|---|
| Joe Shields | ) Case No. 3:18-cv-00150 |
| *Plaintiff(s)* | ) *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) Jury Trial: *(check one)* ☐ Yes ☒ No |
| -v- |  |
| Kennedy Weaver |  |
| *Defendant(s)* |  |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) |  |

## THE DEFENDANT'S ANSWER TO THE COMPLAINT

I. **The Parties Filing This Answer to the Complaint**

Provide the information below for each defendant filing this answer or other response to the allegations in the plaintiff's complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kennedy Weaver |
| Street Address | 9902 Murray Landing |
| City and County | Missouri City, Tx, 77459 |
| State and Zip Code | 77459 |
| Telephone Number | 2812369343 |
| E-mail Address | buyandsellhouston@gmail.com |

II. **The Answer and Defenses to the Complaint**

A. **Answering the Claims for Relief**

On a separate page or pages, write a short and plain statement of the answer to the allegations in the complaint. Number the paragraphs. The answer should correspond to each paragraph in the complaint, with paragraph 1 of the answer corresponding to paragraph 1 of the complaint, etc. For each paragraph in the complaint, state whether: the defendant admits the allegations in that paragraph; denies the allegations; lacks sufficient knowledge to admit or deny the allegations; or admits certain allegations but denies, or lacks sufficient knowledge to admit or deny, the rest.