AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:18-CV-00150

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

United States Courts
Southern District of Texas
FILED

SEP 17 2018

David J. Bradley, Clerk of Court

This summons for *(name of individual and title, if any)*  Scott Kettle
was received by me on *(date)*  05/16/2018  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Ruben Zarate _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*  Scott Kettle
registered agent for Gawk Inc. _____ on *(date)*  05/22/2018  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $  0.00  for travel and $  0.00  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  06/11/2018

*Cindy Shields*
*Server's signature*

Cindy Shields
*Printed name and title*

16822 Stardale Lane
Frienswood, Texas 77546
*Server's address*

Additional information regarding attempted service, etc:
The summons and complaint was served via CMRRR on one Ruben Zarate an employee of Scott Kettle at his place of business at 5300 Melrose Avenue, Suite 42, Los Angeles, California 90038 on 05/25/2018. The signed green card with delivery confirmation is attached herewith as is the FCC Form 499 designating that service of process may be had by mail or hand delivery to the 5300 Melrose Avenue, Suite 42, Los Angeles, California address.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

SCOTT KETTLE
5300 MELROSE AVE. SUITE 42
LOS ANGELES, CA 90038

9590 9402 2242 6193 1786 21

Article Number (Transfer from service label)

7016 0910 0001 6813 1088

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Ruben Zarate
☐ Agent
☐ Addressee

B. Received by (Printed Name)
X Ruben Zarate

C. Date of Delivery
5-22-18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

S Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**USPS TRACKING #**

9590 9402 2242 6193 1786 21

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

Sender: Please print your name, address, and ZIP+4® in this box•

CINDY SHIELDS
16822 STARDALE LN
FRIENDSWOOD TX 77546

424322

ALERT: AS OF APRIL 30, USPS.COM NO LONGER SUPPORTS OUTDATED BROWSERS. TO C...

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 70160910000168131088

Remove ✕

Your item was picked up at the post office at 10:56 am on May 22, 2018 in LOS ANGELES, CA 90028.

## ✓ Delivered

May 22, 2018 at 10:56 am  
Delivered, Individual Picked Up at Post Office  
LOS ANGELES, CA 90028

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∧

May 22, 2018, 10:56 am  
Delivered, Individual Picked Up at Post Office  
LOS ANGELES, CA 90028  
Your item was picked up at the post office at 10:56 am on May 22, 2018 in LOS ANGELES, CA 90028.

May 19, 2018, 9:20 am  
Available for Pickup  
LOS ANGELES, CA 90028

May 18, 2018, 4:27 pm
Departed USPS Regional Destination Facility
LOS ANGELES CA DISTRIBUTION CENTER

May 18, 2018, 8:17 am
Arrived at USPS Regional Destination Facility
LOS ANGELES CA DISTRIBUTION CENTER

May 17, 2018
In Transit to Next Facility

May 16, 2018, 7:14 pm
Departed Post Office
FRIENDSWOOD, TX 77546

May 16, 2018, 5:13 pm
USPS in possession of item
FRIENDSWOOD, TX 77546

## Product Information ∧

| Postal Product: | Features: | See tracking for related item: 9590940222426193178621 |
|---|---|---|
| First-Class Mail® | Certified Mail™ | (/go/TrackConfirmAction?tLabels=9590940222426193178621) |

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.
- Automatically track the packages you're expecting.
- Set up email and text alerts so you don't need to enter tracking numbers.
- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up (https://reg.usps.com**

**/entreg**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.**/RegistrationAction_input?app=UspsTools&**

**appURL=https%3A%2F**



**Announcing a new FCC.gov**

Search | RSS | Updates | E-Filing | Initiatives | Consumers | Find People

**FCC Form 499 Filer Database Detailed Information**

FCC > CGB Home > FCC Form 499 Filer Database > FCC Form 499 Filer Database Detailed Information

FCC site map

# FCC Form 499 Filer Database
## DETAILED INFORMATION

Form 499 Filer 831755 RSS Feed

**Filer Identification Information:**

```
499 Filer ID Number:                    831755
Registration Current as of:             Apr  1 2016 12:00AM
Legal Name of Reporting Entity:         GAWK INCORPORATED
Doing Business As:                      Gawk Talk
Principal Communications Type:          Other Toll
Universal Service Fund Contributor:     No
    (Contact USAC at 888-641-8722 if this is not correct.)
Holding Company:
Registration Number (CORESID):          0025899527
Management Company:
Headquarters Address:                   5300 Melrose Ave
                                        Suite 42
                     City:              Los Angeles
                    State:              CA
                 ZIP Code:
Customer Inquiries Address:             5300 Melrose Ave
                                        Suite 42
                     City:              Los Angeles
                    State:              CA
                 ZIP Code:
Customer Inquiries Telephone:           888-754-6190
Other Trade Names:                      GAWK INCORPORATED
                                        Gawk Talk
```

**Agent for Service of Process:**
```
Local/Alternate Agent for Service
of Process:                             Scott Kettle
                                        Gawk Inc.
                Telephone:              888-754-6190
                Extension:
                      Fax:
                   E-mail:
Business Address of Agent for
Mail or Hand Service of Documents:      5300 Melrose Ave
                                        Suite 42
                     City:              Los Angeles
                    State:              CA
                 ZIP Code:




D.C. Agent for Service of Process:
                                        Telecom Compliance
                Telephone:              202-241-8231
                Extension:
                      Fax:
                   E-Mail:              dcagent@telecomcompliance.com
Business Address of D.C. Agent for
Mail or Hand Service of Documents:      3509 Connecticut Ave NW, #1020
                     City:              Washington
                    State:              DC
                 ZIP Code:
```

**FCC Registration Information:**
```
Chief Executive Officer:                Scott Kettle
        Business Address:               5300 Melrose Ave
                                        Suite 42
                     City:              Los Angeles
```

```
                    State:         CA
                 ZIP Code:

Chairman or Other Senior Officer:
        Business Address:
                     City:
                    State:
                 ZIP Code:

President or Other Senior Officer:
        Business Address:
                     City:
                    State:
                 ZIP Code:

    Jurisdictions in Which the Filing Entity Provides Telecommunications Services:


    California
```

Use browser "Back" button to return to results page.
Return to Search Form

This database reflects filings received by USAC as of Apr. 20, 2018       FCC Form 499 Filer Database Software Version 01.03.06 July 21, 2011

| FCC Home | Search | RSS | Updates | E-Filing | Initiatives | Consumers | Find People |

Federal Communications Commission    Phone: 1-888-CALL-FCC (1-888-225-5322)    - Privacy Policy
445 12th Street SW                   TTY: 1-888-TELL-FCC (1-888-835-5322)      - Website Policies & Notices
Washington, DC 20554                 Fax: 1-866-418-0232                       - Required Browser Plug-ins
More FCC Contact Information...                                                - Freedom of Information Act