IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
MAY 28 2019
David J. Bradley, Clerk of Court

| | |
|---|---|
| JOE SHIELDS ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CIVIL ACTION No. 3:18-CV-00150 |
| ) | |
| GAWK INC., SCOTT KETTLE ) | |
| INDIVIDUALLY AND KENNEDY WEAVER ) | |
| INDIVIDUALLY ) | |
| ) | |
| Defendants ) | |

### PLAINTIFFS MOTION FOR DEFAULT JUDGMENT

Comes now Plaintiff Joe Shields pursuant to FRCP §55(b)2 and respectfully requests that this court grant Plaintiff's Motion for Default Judgment.

Plaintiff filed the complaint on May 16th, 2018.

The Defendants were properly served with Plaintiff's complaint by serving the Defendant Gawk Inc. on May 22nd, 2018 via their registered agent, May 25th, 2018 via the security guard at the Defendant's physical location and March 25th, 2019 via Defendant's registered agent all via certified mail return receipt requested.

The Defendant Gawk Inc. has failed to plead or otherwise defend in the action before the Court.

Plaintiff has requested Entry of Default with the Clerk of the Court.

Defendant made a prerecorded voice call which was also a telemarketing call to Plaintiff and Plaintiff's spouse's cell phone

voicemail which constitutes violations of 47 U.S.C. §227(b)(1)(A)(iii) and TB&CC §305.053 and 47 U.S.C. §227(c)(3)(F) and TB&CC §305.053 respectively.

Plaintiff's claim is based on statutory damages provided for by the TCPA and TB&CC. Both statutes provide separate and distinguishable damages of $500.00 for each violation of the TCPA and treble that amount for willful and knowing violations.

Under the TCPA and TB&CC, the Defendants, by making prerecorded calls and telemarketing calls, is indebted to the Plaintiff in the sum of $2,000.00 that sum trebled to $6,000.00 for willful and knowing behavior, plus interest thereon.

Additionally, under the TCPA and TB&CC, Plaintiff is entitled to and requests injunctive relief as a matter of law.

Plaintiff Joe Shields respectfully requests judgment for the Plaintiff against the Defendant Gawk Inc. for the sum of $6,000.00.

Plaintiff Joe Shields respectfully requests an injunction against the Defendants prohibiting the Defendants from engaging in similar behavior in the future.

Respectfully submitted,

*Joe Shields* (signature)

Joe Shields
Plaintiff Pro Per
16822 Stardale Lane
Friendswood, Texas 77546
Home: 281-482-7603