Case 3:18-cv-00150 Document 47 Filed on 08/16/19 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 16, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE SHIELDS<br><br>Plaintiff<br><br>vs.<br><br>GAWK INC., SCOTT KETTLE INDIVIDUALLY AND KENNEDY WEAVER INDIVIDUALLY<br><br>Defendants | CIVIL ACTION No. 3:18-CV-00150 |

## DEFAULT JUDGMENT

The Defendant Gawk Inc. having failed to plead or otherwise defend in the action before the Court, and default having been heretofore been entered upon application of Plaintiff and upon Plaintiff's affidavit that the Defendant Gawk Inc. is indebted to the Plaintiff in the sum of $2,000.00, that sum trebled to $6,000.00 for willful and knowing behavior, plus interest thereon, that Defendant has defaulted for failure to appear pursuant to Federal Rules of Civil Procedure §55(b)(1) and that the claim is for a statutory sum which can by computation be made certain it is hereby:

ORDERED, ADJUDGED, and DECREED that Plaintiff Joe Shields recover from the Defendant Gawk Inc. the sum of $2,000.00, that sum trebled to $6,000.00 plus court costs of $400.00 and interest according to the law from the date of this judgment until the entire amount is paid.

This judgment is entered by the Court at the request of the Plaintiff and upon affidavit that said amount is due, in accordance with Federal Rules of Civil Procedure §55(b)(1).

_____
Judge George C. Hanks, Jr.
Signed this 16 day of August, 2019